**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHEA MONAHAN,

    Plaintiff,

v.                                                                      Case No:  6:15-cv-1159-Orl-40KRS

REHOBOTH HOSPITALITY, INC.
and ANDREW VEDAMANIKAM,

    Defendants.

---

**ORDER**

This Fair Labor Standards Act case comes before the Court on the parties'
Renewed Joint Motion for Approval of Settlement and for Dismissal of All Claims With
Prejudice (Doc. 26), filed January 15, 2016.  The Court has reviewed the settlement
agreement attached to the parties' motion.  Upon consideration and for the reasons stated
in Sections III.A–C of the Magistrate Judge's November 24, 2015 Report and
Recommendation (Doc. 24), the Court finds that the parties' settlement constitutes a fair
and reasonable compromise of Plaintiff's FLSA claim.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Renewed Joint Motion for Approval of Settlement and for
   Dismissal of All Claims With Prejudice (Doc. 26) is **GRANTED**.  The parties'
   settlement agreement (Doc. 26-1) is **APPROVED**.   This case is
   **DISMISSED WITH PREJUDICE**.

2. The Court retains jurisdiction to enforce the settlement agreement for a
   period of twenty-one (21) days from the date of this Order.

3.  The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 29, 2016.

<br>

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record